EDWIN J. O'ROURKE, Appellant, *v.* WILLIAM HUTTON, JR., as Commissioner of Public Safety of the City of Troy, Respondent.

Submitted June 4, 1937; decided July 13, 1937.

*James A. McCarthy* for appellant.

*Frank S. Parmenter, Corporation Counsel (John P. Judge* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.